**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01613-CV

**MIKOB PROPERTIES, INC., ALLAN KLEIN, AND MITCHELL KOBERNICK, Appellants**

**V.**

**DAVID JOACHIM, INTERNATIONAL REALTY CONCEPTS, INC., AND H.S. JOACHIM FAMILY LIMITED PARTNERSHIP LTD., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01602**

## ORDER

We **GRANT** appellants' July 14, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than August 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE